585 A.2d 406

STATE OF NEW JERSEY v. WALTER F. MURPHY, JR.

October 30, 1990.

Petition for certification denied.

585 A.2d 406

STATE OF NEW JERSEY v. WILLIAM F. KELLY.

October 30, 1990.

Petition for certification denied.

585 A.2d 406

STATE OF NEW JERSEY v. KEVIN SILVERA.

October 30, 1990.

Petition for certification denied.

585 A.2d 406

STATE OF NEW JERSEY v. CARLTON M. ROBINSON.

October 30, 1990.

Petition for certification denied.

585 A.2d 407

STATE OF NEW JERSEY v. WILLIE ANTHONY ROWE.

October 30, 1990.

Petition for certification denied.